IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

ROBERT LEE WILLIAMS IV,
0-753945,

      Petitioner,

vs.                            CASE NO.    4:03cv264-SPM/AK

JAMES R. McDONOUGH, as
Secretary, Florida Department of
Corrections, State of Florida,

      Respondent.
_____/

**ORDER GRANTING CERTIFICATE OF APPEALABILITY
AS TO JUROR CONDUCT ISSUE**

      This cause comes before the Court for a determination of whether a certificate of appealability should issue pursuant to Petitioner's notice of appeal (doc. 13) and Federal Rule of Appellate Procedure 22(b)(1).  A petitioner seeking a certificate of appealability must make a "substantial showing of the denial of a constitutional right."  28 U.S.C. § 2253(c)(2).

      As to the first claim raised in the petition concerning the blood alcohol evidence, for reasons stated in the Report and Recommendation (doc. 8) and order (doc. 11), the Court finds that Petitioner has not made a substantial showing of the denial of a constitutional right.  Failure to anticipate a change in

the law does not constitute ineffective assistance of counsel, even if the change is reasonably foreseeable.  United States v. Ardley, 273 F.3d 991, 993-94 (11th Cir. 2001).

As to Petitioner's second claim concerning juror conduct, the magistrate judge's recommendation to grant relief shows that the claim is debatable among reasonable jurists.  Thus Petitioner has made a substantial showing of the denial of a constitutional right.

The court hereby certifies, pursuant to Federal Rule of Appellate Procedure 22(b), that Petitioner may appeal the denial of his § 2254 petition as to the juror conduct claim.  No certificate of appealability is issued for the blood alcohol evidence claim.

SO ORDERED this 25th day of October, 2006.

*s/ Stephan P. Mickle*
Stephan P. Mickle
United States District Judge

CASE NO.:  4:03cv264-SPM/AK